UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FRANK HARLOW,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No.  2:16-cv-2306 CKD P<br><br><br><br>ORDER |

On December 20, 2016, petitioner's habeas petition was dismissed as "mixed," and petitioner was granted thirty days' leave to file an amended, fully exhausted petition. (ECF No. 8.) The thirty day period has now expired, and petitioner has not responded to the court's order. Petitioner has consented to magistrate judge jurisdiction to conduct all proceedings in this action. (ECF No. 6.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  January 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / harl2306.fta.hab

1